UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RIVERWALK CHURCH OF GOD,**

    **Plaintiff,**

v.                                        Case No. 6:22-cv-1364-CEM-LHP

**AMERICAN STATES INSURANCE COMPANY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Amended Motion to Stay and Compel Appraisal (Doc. 44). The United States Magistrate Judge issued a Report and Recommendation (Doc. 51), recommending that the Motion be denied without prejudice.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 51) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Amended Motion to Stay and Compel Appraisal (Doc. 44) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2023.



Copies furnished to:

Counsel of Record